FILED
RECEIVED

JUN 13 2005

Magistrate Judge  CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                    Plaintiff,        )<br>                                      )<br>              v.                      )<br>                                      )<br>SHERRY A. WATKINS,                    )<br>                    Defendant.        )  | CASE NO. CR 05-5224<br><br>ORDER TO DISMISS |

THIS MATTER having come before this Court by motion of the Special Assistant U.S. Attorney for Western District of Washington to dismiss the charge(s) thereunder in the aforesaid case, and it appearing that the said attorney has not abused his discretion to make such a motion and it further appearing that a trial of this action has not yet commenced; now, therefore, it is hereby

ORDERED that the Information against the aforesaid Defendant is hereby dismissed without prejudice in accordance with the Federal Rules of Criminal Procedure.

DATED this ____13th____ day of ___June___, 2005.

_____James P. Bowtine_____
United States Magistrate Judge

Presented by:

_____
LANCE E. FREEMAN, Capt, USAF
Special Assistant U.S. Attorney
Western District of Washington

05-CR-05224-ORD

ORDER TO DISMISS/ SHERRY A. WATKINS– 1
CR05-5224

Office of the Staff Judge Advocate
Bldg 525 Barnes Blvd, Ste 21
McChord AFB WA 98438-1324
(253) 982-5512